UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

   At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of September, two thousand and sixteen,

_____

| | |
|---|---|
| ATD Group, | **ORDER** |
| | Docket No: 16-2850 |
|    Lead-Plaintiff-Appellee, | |

Tillie Saltzman, individually and on behalf of all others similarly situated, Public Employees' Retirement Association of Colorado, Tennessee Consolidated Retirement System, Sjunde Ap-Fonden, Fjarde AP-Fonden, Pensionskassernes Adminstration A/S, John A. Baden, Warren Pinchuk, Anthony Sedutto, Edward Claus, Carol Weil, Mark C. Weldon, Lennard Hammerschlag,

   Plaintiffs,

v.

Theodore H. Frank,

   Objector-Appellant,

Citigroup Inc., Charles O. Prince, Robert E. Rubin, Stephen R. Volk, Sallie L. Krawcheck, Gary L. Crittenden, Robert Druskin, Todd S. Thomson, Thomas G. Maheras, Michael Stuart Klein, David C. Bushnell, John C. Gerspach, Vikram Pandit, C. Michael Armstrong, Alain J.P. Belda, George David, Kenneth T. Derr, John M. Deutch, Robert Hernandez Ramirez, Ann Dibble Jordan, Klaus Kleinfeld, Andrew N. Liveris, Dudley C. Mecum, Anne M. Mulcahy, Richard D. Parsons, Dr. Judith Rodin, Robert E. Rubin, Robert L. Ryan, Franklin A. Thomas, Winfried Bischoff, William R. Rhodes, Steven J. Freiberg, Michael S. Helfer, Lewis B. Kaden,

Defendants.
_____

      Counsel for Appellant has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 2, 2016 as the brief filing date.

      It is HEREBY ORDERED that Appellant's brief must be filed on or before November 2, 2016. The appeal is dismissed effective November 2, 2016 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

      For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court